1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   EDWIN CANDIDO

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )  No. CR-S-08-307-GEB
                                     )
13                   Plaintiff,      )  STIPULATION AND [PROPOSED] ORDER
                                     )  CONTINUING STATUS CONFERENCE
14       v.                          )
                                     )
15  EDWIN CANDIDO,                   )  Date:  September 19, 2008
                                     )  Time:  9:00 a.m.
16                   Defendant.      )  Judge: Garland E. Burrell
    _____)

17

18       It is hereby stipulated between the parties, Daniel McConkie,

19  Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20  Cusick, Assistant Federal Defender, attorney for defendant, EDWIN

21  CANDIDO, that the status conference hearing date of August 22, 2008 be

22  vacated and continued to September 19, 2008 at 9:00 a.m.

23       This continuance is requested as negotiations are continuing

24  between the parties and additional time is needed for defense

25  investigation.

26       It is further stipulated that the period from August 22, 2008

27  through and including September 19, 2008 should be excluded pursuant to

28  / / /

1   18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

2   counsel and defense preparation.

3   Dated:  August 20, 2008               Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Defender
5

6                                         /s/ Lauren D. Cusick
                                          LAUREN D. CUSICK
7                                         Assistant Federal Defender
                                          Attorney for Defendant
8                                         EDWIN CANDIDO

9
    Dated:  August 20, 2008               MCGREGOR W. SCOTT
10                                        United States Attorney

11
                                          /s/ Lauren D. Cusick
12                                        DANIEL McCONKIE
                                          Assistant U.S. Attorney
13                                        per telephonic authorization

14
                              **O R D E R**
15

    IT IS SO ORDERED.
16

17  Dated:  August 22, 2008

18
    _____
19  GARLAND E. BURRELL, JR.
    United States District Judge
20

21

22

23

24

25

26

27

28

Stip and Order                          2