```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    EDWIN CANDIDO
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-307-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| v. | ) |
| EDWIN CANDIDO, | ) Date: December 5, 2008 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell |
| _____ | ) |

   It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, EDWIN CANDIDO, that the Status Conference hearing date of October 31, 2008, be vacated and continued to December 5, 2008, at 9:00 a.m.

   This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

   It is further stipulated that the period from October 31, 2008, through and including December 5, 2008, should be excluded pursuant to

/ / /

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated: October 29, 2008
4                                          Respectfully submitted,
5                                          DANIEL J. BRODERICK
                                           Federal Defender
6
                                           */s/ Lauren D. Cusick*
7                                          _____
                                           LAUREN D. CUSICK
8                                          Assistant Federal Defender
                                           Attorney for Defendant
9                                          EDWIN CANDIDO
10
    Dated: October 29, 2008                MCGREGOR W. SCOTT
11                                         United States Attorney
12                                         */s/ Lauren D. Cusick*
                                           *  for Daniel McConkie*
13                                         _____
                                           DANIEL McCONKIE
14                                         Assistant U.S. Attorney
                                           per telephonic authorization
15
16                              **O R D E R**
17  **IT IS SO ORDERED.**
18  Dated:  October 30, 2008
19
20                          _____
                            GARLAND E. BURRELL, JR.
21                          United States District Judge
22
23
24
25
26
27
28