1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   EDWIN CANDIDO

9                 IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,    ) No. CR-S-08-307-GEB
                                )
13              Plaintiff,      ) STIPULATION AND [PROPOSED] ORDER
                                ) CONTINUING STATUS CONFERENCE
14      v.                      )
                                )
15 EDWIN CANDIDO,               ) Date:  January 9, 2009
                                ) Time:  9:00 a.m.
16              Defendant.      ) Judge: Garland E. Burrell
   _____)

18      It is hereby stipulated between the parties, Daniel McConkie,
19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.
20 Cusick, Assistant Federal Defender, attorney for defendant, EDWIN
21 CANDIDO, that the Status Conference hearing date of December 5, 2008,
22 be vacated and continued to January 9, 2009, at 9:00 a.m.

23      This continuance is requested as negotiations are continuing
24 between the parties and additional time is needed for defense
25 investigation.

26      It is further stipulated that the period from December 5, 2008,
27 through and including January 9, 2009, should be excluded pursuant to
28 / / /

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: December 1, 2008

                                                  Respectfully submitted,

                                                  DANIEL J. BRODERICK
Federal Defender

*/s/ Lauren D. Cusick*
_____
LAUREN D. CUSICK
Assistant Federal Defender
Attorney for Defendant
EDWIN CANDIDO

Dated: December 1, 2008         MCGREGOR W. SCOTT
United States Attorney

*/s/ Lauren D. Cusick*
    *for Daniel McConkie*
_____
DANIEL McCONKIE
Assistant U.S. Attorney
per telephonic authorization

**O R D E R**

**IT IS SO ORDERED.**

Dated:  December 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order    2