```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    EDWIN CANDIDO
 7

 8

 9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-08-307-GEB
                                 )
13            Plaintiff,         )  **AMENDED** STIPULATION AND
                                 )  [PROPOSED] ORDER CONTINUING
14       v.                      )  STATUS CONFERENCE
                                 )
15  EDWIN CANDIDO,               )
                                 )  Date: February 6, 2009
16            Defendant.         )  Time: 9:00 a.m.
    _____)  Judge: Garland E. Burrell

17
```

18      It is hereby stipulated between the parties, Daniel McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, EDWIN

21 CANDIDO, that the Status Conference hearing date of January 9, 2008,

22 be vacated and continued to February 6, 2009, at 9:00 a.m.

23      This continuance is requested as negotiations are continuing

24 between the parties and additional time is needed for defense

25 investigation.

26      It is further stipulated that the period from the date of this

27 order through and including February 6, 2009, should be excluded

28 / / /

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
2  continuity of counsel and defense preparation.
3  Dated: January 7, 2009
4                                                  Respectfully submitted,
5                                                  DANIEL J. BRODERICK
                                                   Federal Defender
6
                                                   */s/ Lauren D. Cusick*
7                                                  _____
                                                   LAUREN D. CUSICK
8                                                  Assistant Federal Defender
                                                   Attorney for Defendant
9                                                  EDWIN CANDIDO
10
    Dated: January 7, 2009                   MCGREGOR W. SCOTT
11                                                  United States Attorney
12                                                  */s/ Lauren D. Cusick*
                                                      *for Daniel McConkie*
13                                                  _____
                                                    DANIEL McCONKIE
14                                                  Assistant U.S. Attorney
                                                    per telephonic authorization
15
16                                        **O R D E R**

17  **IT IS SO ORDERED.**

18  Dated:   January 8, 2009
19
20                                             _____
                                               GARLAND E. BURRELL, JR.
21                                             United States District Judge
22
23
24
25
26
27
28