DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWIN CANDIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-307-GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| EDWIN CANDIDO, ) | Date:  March 6, 2009 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, EDWIN CANDIDO, that the status conference hearing date of February 6, 2009, be vacated and continued to March 6, 2009, at 9:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

It is further stipulated that the period from the date of this order through and including March 6, 2009, should be excluded

/ / /

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
2  continuity of counsel and defense preparation.
3  Dated: February 4, 2009

4                                          Respectfully submitted,

5                                          DANIEL J. BRODERICK
                                           Federal Defender
6
                                           /s/ Lauren D. Cusick
7                                          _____
                                           LAUREN D. CUSICK
8                                          Assistant Federal Defender
                                           Attorney for Defendant
9                                          EDWIN CANDIDO

10
    Dated: February 4, 2009                LAWRENCE G. BROWN
11                                         Acting United States Attorney

12                                         /s/ Lauren D. Cusick
                                               for Daniel McConkie
13                                         _____
                                           DANIEL McCONKIE
14                                         Assistant U.S. Attorney
                                           per telephonic authorization
15

16                            **O R D E R**

17  **IT IS SO ORDERED.**

18  Dated:  February 9, 2009

19
                     _____
20                   GARLAND E. BURRELL, JR.
                     United States District Judge
21

22

23

24

25

26

27

28

Stip and Order                        2