1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   EDWIN CANDIDO
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        ) No. CR-S-08-307-GEB
                                    )
13              Plaintiff,          ) STIPULATION AND [PROPOSED] ORDER
                                    ) CONTINUING STATUS CONFERENCE
14     v.                           )
                                    )
15 EDWIN CANDIDO,                   ) Date: June 19, 2009
                                    ) Time: 9:00 a.m.
16              Defendant.          ) Judge: Garland E. Burrell
   _____  )
17

18       It is hereby stipulated between the parties, Daniel McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, EDWIN

21 CANDIDO, that the status conference hearing date of May 15, 2009, be

22 vacated and continued to June 19, 2009, at 9:00 a.m.

23       This continuance is requested as negotiations are continuing

24 between the parties and additional time is needed for defense

25 investigation.

26       It is further stipulated that the period from the date of this

27 order through and including June 19, 2009, should be excluded

28 / / /

pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 13, 2009

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      */s/ Lauren D. Cusick*

                                      LAUREN D. CUSICK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      EDWIN CANDIDO

Dated: May 13, 2009                    LAWRENCE G. BROWN
                                      Acting United States Attorney

                                      */s/ Lauren D. Cusick*
                                        *for Daniel McConkie*

                                      DANIEL McCONKIE
                                      Assistant U.S. Attorney
                                      per telephonic authorization

                                **O R D E R**

**IT S SO ORDERED.**

Dated:  May 15, 2009

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge