```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   EDWIN CANDIDO
7
8
9               IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,    ) No. CR-S-08-307-GEB
                                )
13           Plaintiff,         ) STIPULATION AND [PROPOSED] ORDER
                                ) CONTINUING STATUS CONFERENCE
14     v.                       )
                                )
15 EDWIN CANDIDO,               ) Date: July 10, 2009
                                ) Time: 9:00 a.m.
16           Defendant.         ) Judge: Garland E. Burrell
   _____)
17
18      It is hereby stipulated between the parties, Michael Anderson,
19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.
20 Cusick, Assistant Federal Defender, attorney for defendant, EDWIN
21 CANDIDO, that the status conference hearing date of June 19, 2009, be
22 vacated and continued to July 10, 2009, at 9:00 a.m.
23      This continuance is requested as negotiations are continuing
24 between the parties and additional time is needed for defense
25 investigation.
26      It is further stipulated that the period from the date of this
27 order through and including July 10, 2009, should be excluded
28 / / /
```

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
2  continuity of counsel and defense preparation.
3  Dated: June 15, 2009
4                                              Respectfully submitted,
5                                              DANIEL J. BRODERICK
                                               Federal Defender
6
                                               /s/ Lauren D. Cusick
7                                              _____
                                               LAUREN D. CUSICK
8                                              Assistant Federal Defender
                                               Attorney for Defendant
9                                              EDWIN CANDIDO
10
    Dated: June 15, 2009                       LAWRENCE G. BROWN
11                                             Acting United States Attorney
12                                             /s/ Lauren D. Cusick
                                                 for Michael Anderson
13                                             _____
                                               MICHAEL ANDERSON
14                                             Assistant U.S. Attorney
                                               per telephonic authorization
15
16                          **O R D E R**
17  **IT IS SO ORDERED.**
18  Dated:  June 16, 2009
19
20  _____
    GARLAND E. BURRELL, JR.
21  United States District Judge
22
23
24
25
26
27
28

Stip and Order                        2