DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWIN CANDIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-307-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| EDWIN CANDIDO, | ) | Date: July 31, 2009 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Garland E. Burrell |
| _____ | ) | |

    It is hereby stipulated between the parties, Michael Anderson, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, EDWIN CANDIDO, that the status conference hearing date of July 10, 2009, be vacated and continued to July 31, 2009, at 9:00 a.m.

    This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

    It is further stipulated that the period from the date of this order through and including July 31, 2009, should be excluded

/ / /

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
2  continuity of counsel and defense preparation.
3  Dated: July 8, 2009
4                                          Respectfully submitted,
5                                          DANIEL J. BRODERICK
                                            Federal Defender
6
                                            */s/ Lauren D. Cusick*
7                                          _____
                                            LAUREN D. CUSICK
8                                          Assistant Federal Defender
                                            Attorney for Defendant
9                                          EDWIN CANDIDO

10 Dated: July 8, 2009                      LAWRENCE G. BROWN
11                                          Acting United States Attorney

12                                          */s/ Lauren D. Cusick*
                                               *for* Michael Anderson
13                                          _____
                                            MICHAEL ANDERSON
14                                          Assistant U.S. Attorney
                                            per telephonic authorization
15

16                                **O R D E R**

17 **IT IS SO ORDERED.**

18 Dated:  July 15, 2009

19
                                            _____
20                                          GARLAND E. BURRELL, JR.
                                            United States District Judge
21

Stip and Order                                    2