1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   EDWIN CANDIDO
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )  No. CR-S-08-307-GEB
                                     )
13                   Plaintiff,      )  STIPULATION AND [PROPOSED] ORDER
                                     )  CONTINUING STATUS CONFERENCE
14       v.                          )
                                     )
15  EDWIN CANDIDO,                   )  Date:  August 28, 2009
                                     )  Time:  9:00 a.m.
16                   Defendant.      )  Judge: Garland E. Burrell
    _____ )
17

18       It is hereby stipulated between the parties, Michael Anderson,

19  Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20  Cusick, Assistant Federal Defender, attorney for defendant, EDWIN

21  CANDIDO, that the status conference hearing date of July 31, 2009, be

22  vacated and continued to August 28, 2009, at 9:00 a.m.

23       This continuance is requested as negotiations are continuing

24  between the parties and additional time is needed for the government to

25  consider additional information provided by defense counsel.

26       It is further stipulated that the period from the date of this

27  order through and including August 28, 2009, should be excluded

28  / / /

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon

2  continuity of counsel and defense preparation.

3  Dated: July 30, 2009

4                                         Respectfully submitted,

5                                         DANIEL J. BRODERICK
                                          Federal Defender
6
                                          */s/ Lauren D. Cusick*
7                                         _____
                                          LAUREN D. CUSICK
8                                         Assistant Federal Defender
                                          Attorney for Defendant
9                                         EDWIN CANDIDO

10
   Dated: July 30, 2009                   LAWRENCE G. BROWN
11                                         Acting United States Attorney

12                                         */s/ Lauren D. Cusick*
                                              *for* Michael Anderson
13                                         _____
                                          MICHAEL ANDERSON
14                                         Assistant U.S. Attorney
                                          per telephonic authorization
15

16                          **O R D E R**

17  **IT IS SO ORDERED.**

18  Dated:  August 4, 2009

19

20  _____
    GARLAND E. BURRELL, JR.
21  United States District Judge

22

23

24

25

26

27

28

Stip and Order                        2